652

Rush L. Craton, administrator of estate of Winifred E. Craton, deceased, appellant, v. Alton United Cab Company, Inc. and Warren Slanker, appellees.

Heard in this court at the May term, 1938. Opinion filed November 7, 1938.

Jacoby & Daly, for appellant.  Cross & Gibbons, for appellees.

Mr. Justice Stone delivered the opinion of the court.